UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| X.K.S.P. *a minor by her aunt and legal guardian* GILLIAN MARKS, ) ) ) Plaintiff, ) ) vs. ) ) CAROLYN W. COLVIN, *Acting Commissioner of Social Security*, ) ) ) Defendant. ) | No. 1:15-cv-1831-DKL-TWP |

*Judgment*

The Commissioner's decision denying benefits is **AFFIRMED** and judgment is entered in favor of the Defendant and against Plaintiff.

DATED: 09/09/2016

*Denise K. LaRue*
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Electronic distribution to counsel of record